### VIOLET ELIZABETH ATTKISSON v. ROBERT L. ATTKISSON

32 So. (2nd) 168                                                    June Term, 1947
September 30, 1947                                                  Division A

Affirmed.

### STEPHEN COWART and BERNARD ELLIOTT COX v. JAMES T. VOCELLE, Director of the State of Florida Beverage Department.

32 So. (2nd) 168                                                    June Term, 1947
September 30, 1947                                                  Division A

Affirmed.

### MRS. DEWEY MARSHALL v. STATE OF FLORIDA

32 So. (2nd) 332                                                    June Term, 1947
October 3, 1947                                                     Division B
Rehearing denied Oct. 27, 1947

Affirmed.

### JAMES DALLAS COLLIER v. CLARA LEONA COLLIER

32 So. (2nd) 168                                                    June Term, 1947
October 3, 1947                                                     Division A

Affirmed.

### FRANK G. DUNNE and LIDWINE C. DUNNE, his wife, v. W. A. BOUND, INC., a Florida Corporation.

32 So. (2nd) 168                                                    June Term, 1947
October 3, 1947                                                     Special Division B

Affirmed.

### FRED D. GREGORY v. ASHER PETER

32 So. (2nd) 168                                                    June Term, 1947
October 3, 1947                                                     Special Division B
Rehearing denied October 18, 1947

Affirmed.

### JOHN EARL HENDRY v. THE STATE OF FLORIDA

32 So. (2nd) 168                                                    June Term, 1947
October 3, 1947                                                     Division B

Affirmed.